UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MONIKA SETTLEMYER,

                            **Plaintiff,**

                    v.                                        Civil No.6:14-cv-00356-AA

FARMERS NEW WORLD LIFE INSURANCE
COMPANY, a Washington corporation,
                            **Defendant.**
_____

## JUDGMENT

This action is dismissed.

Dated: November 3, 2014

                        MARY L. MORAN, Clerk


                    by /s/ R. Henshaw
                        R. Henshaw, Deputy Clerk

**JUDGMENT**